Paul G. Nittoly, Esq.
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Tel. (973) 549-7180
Fax (973) 360-9831
E-mail: Paul.Nittoly@dbr.com
Attorneys for Defendant Salvatore Pepe

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>SALVATORE PEPE,<br><br>                Defendant. | Criminal Case No. 2:10-cr-00765 (FSH)<br><br>**CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |

This matter having been brought before the Court by Drinker Biddle & Reath LLP, Paul G. Nittoly, Esq., appearing on behalf of defendant Salvatore Pepe, and the government, including the U.S. District Court Pretrial Services Agency having posed no objections,

IT IS ORDERED on this 10th day of February, 2011 that the conditions of release in the Court's original Order entered on November 5, 2010 with regard to substance abuse testing and/or treatment as directed by Pretrial Services is hereby removed.

_____
Hon. Faith H. Hochberg, U.S.D.J.

FP01/ 6462808.1