Paul G. Nittoly, Esq.
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Tel. (973) 549-7180
Fax (973) 360-9831
E-mail: Paul.Nittoly@dbr.com
Attorneys for Defendant Salvatore Pepe

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 2:10-cr-00765 (FSH) |
| **Plaintiff,** | |
| v. | |
| SALVATORE PEPE, | **CONSENT ORDER MODIFYING** |
| | **CONDITIONS OF RELEASE** |
| **Defendant.** | |

This matter having been brought before the Court by Drinker Biddle & Reath LLP, Paul

G. Nittoly, Esq., appearing on behalf of defendant Salvatore Pepe, and the government, including

the U.S. District Court Pretrial Services Agency having posed no objections,

IT IS ORDERED on this _5th_ day of ~~June~~ July, 2011 that the conditions of release in the

Court's original Order entered on November 5, 2010 with regard to defendant's travel is hereby

modified to permit travel within the Continental United States.


_____
Hon. Faith H. Hochberg, U.S.D.J.